**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| REGINO PLASCENCIA, an individual, | **CASE NO.: 8:19-cv-01338-DOC-DFM** (Removed from Orange County Superior Court – Civil Complex Center, Case No. 30-2019-01072093-CU-BC-CJC) |
| Plaintiff, | |
| vs. | Assigned to: David O. Carter |
| FCA US LLC, and DOES 1 through 50, inclusive, | **[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION BACK TO ORANGE COUNTY SUPERIOR COURT** |
| Defendants. | Action Filed: May 22, 2019<br>Trial: None |

The Court having reviewed the Parties' Stipulation to Remand Action Back to Orange County Superior Court, and good cause appearing, IT IS ORDERED THAT:

1. The Parties' Stipulation to Remand Action Back to Orange County Superior Court is approved;

2. Central District of California Case Number: 8:19-cv-01338-DOC-DFM, titled, *Regino Plascencia v. FCA US LLC, et al.* (the "Action") is hereby remanded to Orange County Superior Court;

3.      Each Party shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of this Action;

4.      The Order remanding this Action shall be *res judicata* as to Defendant FCA US, LLC's ("FCA US") removal.  Defendant FCA US will not remove this Action again.


Dated: _July  18, 2019_____          _David O. Carter_____

David O. Carter
United States District Judge